UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCY VELASQUEZ<br>            Plaintiff (s)<br>v.<br>HUMBOLDT PETROLEUM<br>            Defendant(s). | C 07-05284 MEJ<br>SCHEDULING ORDER FOR CASES ASSERTING DENIAL OF RIGHT OF ACCESS UNDER AMERICANS WITH DISABILITIES ACT TITLE III (42 U.S.C. §§ 12181- 89) |

　　　　IT IS HEREBY ORDERED that this action is assigned to the Honorable <u>Maria-Elena James</u>.  When serving the complaint or notice of removal, the plaintiff or removing defendant must serve on all other parties a copy of this Order and the assigned judge's pertinent Standing Orders.  This case is otherwise exempt from Civil Local Rule 4-2. Counsel must comply with the case schedule listed below unless the Court otherwise orders.

### CASE SCHEDULE

| Date | Event | Rule(s) |
|---|---|---|
| 10/17/2007 | **Complaint filed** | |
| 12/17/2007 | **Last day for plaintiff to complete service on defendants or file motion for administrative relief from deadline** | **General Order 56; Civil Local Rule 7-11** |
| **7 days before Joint Site Inspection** | Last day for parties to complete initial disclosures, including defendant's disclosure re: **construction or alteration history of subject premises** | **FRCivP 26(a); General Order 56 ¶2;** |
| 1/25/2008 | Last day for parties and counsel to hold joint inspection of premises, with or without **meet-and-confer regarding settlement** | **General Order 56 ¶3,4;** |
| **10 business days after Joint Site Inspection** | Last day for parties to meet and confer in person to discuss settlement | **General Order 56  ¶4;** |
| **45 days after Joint Site Inspection** | **Last day for plaintiff to file "Notice of Need for Mediation"** | **General Order 56  ¶6;** |
| **7 calendar days after mediation** | Last day for plaintiff to file Motion for Administrative Relief Requesting Case Management Conference | **General Order 56  ¶7; Civil Local Rule 7-11** |