1  TYLER M. PAETKAU, Bar No. 146305
   LITTLER MENDELSON
2  A Professional Corporation
   650 California Street, 20th Floor
3  San Francisco, CA 94108.2693
   Telephone: 415.433.1940
4  Facsimile: 415.399-8490

5  Attorneys for Defendant
   HUMBOLDT PETROLEUM, INC.

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                        SAN FRANCISCO DIVISION

10 | MARCY VELASQUEZ,                    | Case No. C 07-05284 MEJ
11 |                 Plaintiff,           |
12 |     v.                               | STIPULATION TO EXTEND TIME TO
   |                                      | ANSWER OR OTHERWISE RESPOND TO
   |                                      | PLAINTIFF'S COMPLAINT
13 | HUMBOLDT PETROLEUM, A California     |
   | corporation, dba 5th STREET SHELL    | [L.R. 6-1(a)]
14 | STATION and                          |
   | DOES ONE to FIFTY,                   | Judge: Hon. Magistrate Maria-Elena James
15 | inclusive,                           | Dept:  Courtroom B
   |                                      | Complaint Filed: October 17, 2007
16 |                 Defendants.          | Trial Date: None Set

17
18
19
20
21
22
23
24
25
26
27
28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION TO EXTEND TIME TO                              CASE NO. C 07-05284 MEJ
ANSWER OR OTHERWISE RESPOND

Received  Nov-29-07  03:01pm   From-17074411533   To-LITTLER MENDELSON   Page 002

1  Plaintiff MARCY VELASQUEZ (hereinafter "Plaintiff") and Defendant,
2  HUMBOLDT PETROLEUM (hereinafter "Defendant") by and through their respective counsel,
3  stipulate that the time for Defendant to answer or otherwise respond to Plaintiff's Complaint is
4  extended to December 21, 2007.

5  IT IS SO STIPULATED.

6  Dated: November 29, 2007.

_____
JASON K. SINGLETON
SINGLETON LAW GROUP
Attorney for Plaintiff
MARCY VELASQUEZ

Dated: November 29, 2007.

_____
TYLER M. PAETKAU
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
HUMBOLDT PETROLEUM, INC.

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION TO EXTEND TIME TO
ANSWER OR OTHERWISE RESPOND                       2.                          CASE NO. 07-05284 MEJ