| | |
|---|---|
| 1 | TYLER M. PAETKAU, Bar No. 146305 |
| | LITTLER MENDELSON |
| 2 | A Professional Corporation |
| | 650 California Street, 20th Floor |
| 3 | San Francisco, CA 94108.2693 |
| | Telephone:   415.433.1940 |
| 4 | Facsimile:    415.399-8490 |

Attorneys for Defendant
HUMBOLDT PETROLEUM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARCY VELASQUEZ, | Case No.  C 07-05284 MEJ |
| Plaintiff, | |
| v. | **DEFENDANT HUMBOLDT PETROLEUM, INC.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| HUMBOLDT PETROLEUM, A California corporation, dba 5th STREET SHELL STATION and DOES ONE to FIFTY, inclusive, | [CIVIL L.R. 3-16] |
| Defendant. | Judge:    Hon. Magistrate Maria-Elena James |
| | Dept:     Courtroom B |
| | Complaint Filed:  October 17, 2007 |
| | Trial Date:  None Set |

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEFENDANT'S CERTIFICATION OF
INTERESTED ENTITIES OR PERSONS

CASE NO. C 07-05284 MEJ

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS:

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of person, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Humboldt Petroleum, Inc. is 100% owned by Humboldt Fuels, Inc.

Dated: December 17, 2007

_____
TYLER M. PAETKAU
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
HUMBOLDT PETROLEUM, INC.

Firmwide:83711620.1 058374.1000

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PARTIES     2.     CASE NO. 07-05284 MEJ