1  TYLER M. PAETKAU, Bar No. 146305
   LITTLER MENDELSON
2  A Professional Corporation
   650 California Street, 20th Floor
3  San Francisco, CA 94108.2693
   Telephone:    415.433.1940
4  Facsimile:    415.399-8490

5  Attorneys for Defendant
   HUMBOLDT PETROLEUM, INC.
6

7              UNITED STATES DISTRICT COURT

8              NORTHERN DISTRICT OF CALIFORNIA

9                  SAN FRANCISCO DIVISION

10 MARCY VELASQUEZ,                         Case No. C 07-05284 MEJ

11              Plaintiff,

12      v.                                  **DEFENDANT HUMBOLDT PETROLEUM, INC.'S DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE**

13 HUMBOLDT PETROLEUM, A California
   corporation, dba 5th STREET SHELL
14 STATION and DOES ONE to FIFTY,
   inclusive,
15
                Defendant.
16

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DECLINATION TO PROCEED BEFORE A
MAGISTRATE JUDGE                                    CASE NO. C 07-05284 MEJ

1 **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE**

2  The undersigned party in the above-captioned matter hereby declines to consent to the
3 assignment of the case to a United States Magistrate Judge for trial and disposition and hereby
4 requests reassignment to a United States District Court Judge.

5

6 Dated: December 17, 2007

7

8  _____
9  TYLER M. PAETKAU
   LITTLER MENDELSON
10 A Professional Corporation
   Attorneys for Defendant
11 HUMBOLDT PETROLEUM, INC.

12 Firmwide:83712284.1 058374.1000

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DECLINATION TO PROCEED BEFORE A
MAGISTRATE JUDGE                        2.                        CASE NO. 07-05284 MEJ