| | |
|---|---|
| 1 | TYLER M. PAETKAU, Bar No. 146305 |
| | LITTLER MENDELSON |
| 2 | A Professional Corporation |
| | 650 California Street, 20th Floor |
| 3 | San Francisco, CA  94108.2693 |
| | Telephone:    415.433.1940 |
| 4 | Facsimile:    415.399-8490 |
| 5 | Attorneys for Defendant |
| | HUMBOLDT PETROLEUM, INC. |
| 6 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MARCY VELASQUEZ, | | Case No.  C 07-05284 MEJ |
| | Plaintiff, | |
| | | **DEFENDANT HUMBOLDT PETROLEUM, INC.'S CORPORATE DISCLOSURE STATEMENT** |
| | v. | |
| HUMBOLDT PETROLEUM, A California corporation, dba 5th STREET SHELL STATION and DOES ONE to FIFTY, inclusive, | | [F.R.C.P. 7.1] |
| | | Judge:    Hon. Magistrate Maria-Elena James |
| | | Dept:     Courtroom B |
| | Defendant. | Complaint Filed:  October 17, 2007 |
| | | Trial Date:  None Set |

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

DEFENDANT'S CORPORATE
DISCLOSURE STATEMENT

CASE NO. C 07-05284 MEJ

1  Pursuant to Federal Rule of Civil Procedure 7.1, Defendant HUMBOLDT
2  PETROLEUM provides the following corporate disclosure information: Humboldt Petroleum, Inc.
3  is 100% owned by Humboldt Fuels, Inc.

Dated: December 17, 2007

_____
TYLER M. PAETKAU
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
HUMBOLDT PETROLEUM, INC.

Firmwide:83711571.1 058374.1000

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415 433 1940

DEFENDANT'S CORPORATE
DISCLOSURE STATEMENT

2.

CASE NO. 07-05284 MEJ