**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski**, State Bar # 236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177
FAX 441-1533

Attorney for Plaintiff, MARCY VELASQUEZ

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCY VELASQUEZ,<br><br>　　Plaintiff,<br><br>v.<br><br>HUMBOLDT PETROLEUM, a California corporation, dba 5th STREET SHELL STATION and DOES ONE to FIFTY, inclusive,<br><br>　　Defendants. | Case No. C-07-5284 CW<br><br>**NOTICE OF CHANGE OF ATTORNEY EMAIL ADDRESS** |

**TO THE ABOVE-CAPTIONED COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the attorneys for Plaintiff have changed their email addresses effective February 1, 2008. All other attorney information remains unchanged. The new email addresses are as follows:

　　JASON K. SINGLETON　　　　jason@singletonlawgroup.com

　　RICHARD E. GRABOWSKI　　　rgrabowski@mckinleyville.net

　　　　　　　　　　　　　　　　　**SINGLETON LAW GROUP**

Dated:　　February 15, 2008　　　　　　　　/s/ Jason K. Singleton
　　　　　　　　　　　　　　　　　Jason K. Singleton,
　　　　　　　　　　　　　　　　　Richard E. Grabowski, Attorneys for
　　　　　　　　　　　　　　　　　Plaintiff, **MARCY VELASQUEZ**