1  **Jason K. Singleton**, State Bar #166170
   jason@singletonlawgroup.com
2  **Richard E. Grabowski**, State Bar # 236207
   rgrabowski@mckinleyville.net
3  **SINGLETON LAW GROUP**
   611 "L" Street, Suite A
4  Eureka, CA 95501
5  (707) 441-1177
   FAX 441-1533
6
7  Attorney for Plaintiff, MARCY VELASQUEZ

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCY VELASQUEZ, | Case No. C-07-5284 CW |
| Plaintiff, | NOTICE OF NEED FOR MEDIATION |
| v. | |
| HUMBOLDT PETROLEUM, a California corporation, dba 5th STREET SHELL STATION and DOES ONE to FIFTY, inclusive, | |
| Defendants. | |

Comes now Plaintiff, who hereby submits this "Notice of Need for Mediation" in compliance with the within Court's Scheduling Order filed in the above captioned matter on October 17, 2007. The parties held a joint site inspection on January 25, 2008, and Plaintiff provided Defendant a report of the violations found on the premises to commence settlement discussions. No discussions are being held and no communication from Defendant has been received.

                                    **SINGLETON LAW GROUP**

Dated:    February 28, 2008         /s/ Jason K. Singleton
                                    Jason K. Singleton,
                                    Richard E. Grabowski, Attorneys for
                                    Plaintiff, **MARCY VELASQUEZ**

NOTICE OF NEED FOR MEDIATION          1                        C-07-5284 CW