1  TYLER M. PAETKAU, Bar No. 146305
   AISHA BARBEAU, Bar No. 245339
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA  94108.2693
4  Telephone:    415.433.1940
   Facsimile:    415.399-8490
5
   Attorneys for Defendant
6  HUMBOLDT PETROLEUM, INC.

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10              SAN FRANCISCO DIVISION

11 MARCY VELASQUEZ,                    Case No.  C 07-05284 CW

12              Plaintiff,             **DEFENDANT HUMBOLDT
                                       PETROLEUM'S OPPOSITION TO
13      v.                             PLAINTIFF MARCY VELASQUEZ'S
                                       MOTION FOR RELIEF FROM GENERAL
14 HUMBOLDT PETROLEUM, A California    ORDER 56'S REQUIREMENT TO
   corporation, dba 5th STREET SHELL   ATTEND MEDIATION**
15 STATION,
                                       Judge:  The Honorable Claudia Wilken
16              Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415 433 1940

DEFT'S OPPOSITION TO PLTF'S MOTION          CASE NO. C 07-05284 CW
FOR RELIEF FROM MEDIATION

1    Contrary to the assertions made in Plaintiff Marcy Velasquez's Administrative

2  Motion For Relief From General Order 56, Defendant Humboldt Petroleum has agreed to attend

3  mediation in this case.  Accordingly, Defendant respectfully requests that the Court deny Plaintiff's

4  motion to the extent it requests that the Court relieve the parties from General Order 56's mediation

5  requirement.

6  Dated: April 17, 2008

7

8  _____

9  Tyler M. Paetkau
   LITTLER MENDELSON
10  A Professional Corporation
   Attorneys for Defendant
11  HUMBOLDT PETROLEUM, INC.

12

13  Firmwide:84942012.1 058374.1001

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108 2693
415.433.1940

DEFT'S OPPOSITION TO PLTF'S MOTION         2.         CASE NO. 07-05284 CW
FOR RELIEF FROM MEDIATION