| | |
|---|---|
| 1 | **Jason K. Singleton**, State Bar #166170 |
| | jason@singletonlawgroup.com |
| 2 | **Richard E. Grabowski**, State Bar # 236207 |
| | rgrabowski@mckinleyville.net |
| 3 | **SINGLETON LAW GROUP** |
| | 611 "L" Street, Suite A |
| 4 | Eureka, CA 95501 |
| 5 | (707) 441-1177 |
| | FAX 441-1533 |
| 6 | |
| 7 | Attorney for Plaintiff, MARCY VELASQUEZ |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| MARCY VELASQUEZ, | ) | Case No. C-07-5284 CW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | WITHDRAWAL OF ADMINISTRATIVE |
| v. | ) | MOTION FOR RELIEF FROM GENERAL |
| | ) | ORDER 56, PURSUANT TO GENERAL |
| HUMBOLDT PETROLEUM, a California corporation, dba 5th STREET SHELL STATION and DOES ONE to FIFTY, inclusive, | ) | ORDER 56 AND LOCAL RULE 7-11 |
| Defendants. | ) | |

**PLEASE TAKE NOTICE** that Plaintiff, **MARCY VELASQUEZ**, hereby withdraws her motion for an order relieving the parties from Northern District General Order 56. Defendant has agreed to attend Mediation and a mediation date has been scheduled for May 22, 2008.

Respectfully submitted.

**SINGLETON LAW GROUP**

Dated:    April 18, 2008          /s/ Jason K. Singleton
                                  Jason K. Singleton,
                                  Richard E. Grabowski, Attorneys for
                                  Plaintiff, **MARCY VELASQUEZ**

Withdrawal of Motion for Relief          1          C-07-5284 CW