1  **Jason K. Singleton**, State Bar #166170
   jason@singletonlawgroup.com
2  **Richard E. Grabowski**, State Bar # 236207
   rgrabowski@mckinleyville.net
3  **SINGLETON LAW GROUP**
   **611 "L" Street, Suite A**
4  **Eureka, CA 95501**
   **(707) 441-1177**
5  **FAX 441-1533**

6

7  **Attorney for Plaintiff, MARCY VELASQUEZ**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARCY VELASQUEZ,** | Case No. C-07-5284 CW |
| **Plaintiff,** | **MOTION FOR CASE MANAGEMENT CONFERENCE and ORDER** |
| v. | |
| **HUMBOLDT PETROLEUM, a California corporation, dba 5th STREET SHELL STATION and DOES ONE to FIFTY, inclusive,** | |
| **Defendants.** | |

Pursuant to General Order No. 56 the parties have performed the following:

1.   The parties met and held a joint site inspection of the premises which are the subject of this matter on January 25, 2008;

2.   The parties met and conferred regarding the results of said site inspection;

3.   The parties attended Mediation on May 22, 2008, and were unable to come to any resolution;

Therefore, pursuant to L.R. 7-11 Plaintiff hereby requests the within matter be set for a Case Management Conference. The parties stipulation for a Case Management Conference is submitted herewith.

///

///

**SINGLETON LAW GROUP**

Dated:     June 23, 2008          /s/ Jason K. Singleton
                                  Jason K. Singleton,
                                  Richard E. Grabowski, Attorneys for
                                  Plaintiff, **MARCY VELASQUEZ**

### ORDER

The parties having been unable to reach resolution of the within matter pursuant to General Order No. 56 and having stipulated to a Case Management Conference,

**IT IS ORDERED:**

Case Management Conference be set for _____;

a joint report shall be filed no later than _____.

Dated: _____          _____
                                     CLAUDIA WILKIN
                                     UNITED STATES DISTRICT JUDGE