1 **Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
2 **Richard E. Grabowski**, State Bar # 236207
rgrabowski@mckinleyville.net
3 **SINGLETON LAW GROUP**
611 "L" Street, Suite A
4 Eureka, CA 95501
(707) 441-1177
5 FAX 441-1533

6

7 Attorney for Plaintiff, MARCY VELASQUEZ

8 **UNITED STATES DISTRICT COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 10  **MARCY VELASQUEZ,** | ) Case No. C-07-5284 CW |
| 11      Plaintiff, | ) **STIPULATION FOR CASE** |
| 12  v. | ) **MANAGEMENT CONFERENCE** |
| 13  **HUMBOLDT PETROLEUM, a California corporation, dba 5th STREET SHELL STATION and DOES ONE to FIFTY, inclusive,** | ) |
| 16      Defendants. | ) |

18     The parties hereto have held a joint site inspection, met and conferred, and attended
19 Mediation as set forth in General Order No. 56. To date the parties have been unable to reach
20 a successful resolution and hereby stipulate that the matter be set for a Case Management
21 Conference, a scheduling order be issued, and discovery commence.

22     IT IS SO STIPULATED.

23 Dated:      June 23, 2008                    Dated:      June 23, 2008

24 **SINGLETON LAW GROUP**                     **LITTLER MENDELSON**

25

26  /s/ Jason K. Singleton                       /s/ Aisha Barbeau
Jason K. Singleton,                             Tyler M. Paetkau
27 Richard E. Grabowski, Attorneys for           Aisha Barbeau, Attorneys for Defendants
Plaintiff, **MARCY VELASQUEZ**                  **HUMBOLDT PETROLEUM, dba 5TH STREET**
28                                              **SHELL STATION**

STIPULATION FOR CASE MANAGEMENT CONF.    1                         C-07-5284 CW