**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski**, State Bar # 236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**
**FAX 441-1533**

**Attorney for Plaintiff, MARCY VELASQUEZ**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARCY VELASQUEZ,** )<br>)<br>    **Plaintiff,** )<br>)<br>**v.** )<br>)<br>**HUMBOLDT PETROLEUM, a California** )<br>**corporation, dba 5th STREET SHELL** )<br>**STATION and DOES ONE to FIFTY,** )<br>**inclusive,** )<br>)<br>    **Defendants.** )<br>_____ ) | Case No. C-07-5284 CW<br><br>ORDER GRANTING<br>MOTION FOR CASE MANAGEMENT<br>CONFERENCE and ORDER |

Pursuant to General Order No. 56 the parties have performed the following:

1.   The parties met and held a joint site inspection of the premises which are the subject of this matter on January 25, 2008;

2.   The parties met and conferred regarding the results of said site inspection;

3.   The parties attended Mediation on May 22, 2008, and were unable to come to any resolution;

Therefore, pursuant to L.R. 7-11 Plaintiff hereby requests the within matter be set for a Case Management Conference.  The parties stipulation for a Case Management Conference is submitted herewith.

///

///

Motion for CMC and Order                                            1                                            C-07-5284 CW

**SINGLETON LAW GROUP**

Dated:      June 23, 2008              /s/ Jason K. Singleton
                                       Jason K. Singleton,
                                       Richard E. Grabowski, Attorneys for
                                       Plaintiff, **MARCY VELASQUEZ**

## ORDER

The parties having been unable to reach resolution of the within matter pursuant to General Order No. 56 and having stipulated to a Case Management Conference,

**IT IS ORDERED:**

Case Management Conference be set for July 22, 2008, at 2:00 p.m.;

a joint report shall be filed no later than July 15, 2008.

Dated: 6/27/08                          _____
                                        CLAUDIA WILKEN
                                        UNITED STATES DISTRICT JUDGE