1 **Jason K. Singleton,** State Bar #166170
jason@singletonlawgroup.com
2 **Richard E. Grabowski,** State Bar #236207
rgrabowski@mckinleyville.net
3 **SINGLETON LAW GROUP**
611 "L" Street, Suite A
4 Eureka, CA 95501

5 (707) 441-1177
FAX  441-1533

6 Attorneys for Plaintiff, MARCY VELASQUEZ

7

8 **UNITED STATES DISTRICT COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCY VELASQUEZ,               ) | Case No. C-07-5284 CW |
|        Plaintiff,              ) | |
| v.                             ) | REQUEST FOR APPEARANCE BY TELEPHONE and ORDER |
| HUMBOLDT PETROLEUM, a California ) | |
| corporation, dba 5th STREET SHELL STATION ) | |
| and DOES ONE to FIFTY, inclusive, ) | |
|        Defendants.             ) | |

Plaintiff requests that she be permitted to participate by telephone at the Case Management Conference set for 2:00 P.M. on July 22, 2008.

Plaintiff's counsel of record is located in Humboldt County, California.  Plaintiff seeks by this request to avoid the unnecessary burden and expense of sending its counsel to Oakland, California, to participate in the proceeding in person.  Plaintiff does not anticipate that a telephonic appearance by its counsel will inconvenience the court or prejudice any other party. Plaintiff's Counsel, Jason K. Singleton, will be available by the telephone at (707) 441-1177 for the Court to call on July 22, 2008, at 2:00 p.m. or such other time as designated by the Court.

                                        **SINGLETON LAW GROUP**

Dated:    July 22, 2008              /s/ Jason K. Singleton
                                     Jason K. Singleton, Attorneys for Plaintiff,
                                     **MARCY VELASQUEZ**

REQUEST FOR TELEPHONE APPEARANCE                 1                              C-07-5284 CW

**ORDER**

Pursuant to the request made by Plaintiff's Counsel, Jason K. Singleton may appear by telephone on July 22, 2008, at the Case Management Conference. Mr. Singleton shall be available at (707) 441-117 to receive a call from the Court at 2:00 p.m. until such time as the hearing is conducted.

IT IS SO ORDERED.

Dated: 7/22/08

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE