1  TYLER M. PAETKAU, Bar No. 146305
   AISHA N. BARBEAU, Bar No. 245339
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA  94108.2693
4  Telephone:    415.433.1940
   Facsimile:    415.399-8490
5
   Attorneys for Defendant
6  HUMBOLDT PETROLEUM, INC.

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9
                           OAKLAND DIVISION
10

| MARCY VELASQUEZ, | Case No.  C 07-05284 CW |
|---|---|
| Plaintiff, | |
| v. | **DEFENDANT HUMBOLDT PETROLEUM, INC.'S  DECLINATION TO PROCEED BEFORE  A MAGISTRATE JUDGE** |
| HUMBOLDT PETROLEUM, A California corporation, dba 5th STREET SHELL STATION and DOES ONE to FIFTY, inclusive, | |
| Defendant. | |

DECLINATION TO PROCEED BEFORE A
MAGISTRATE JUDGE

CASE NO. C 07-05284 CW

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**

The undersigned party in the above-captioned matter hereby declines to consent to the assignment of the case to a United States Magistrate Judge for trial and disposition.

Dated: August 13, 2008

_____
TYLER M. PAETKAU
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
HUMBOLDT PETROLEUM, INC.

Firmwide:86206803.1 058374.1001

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE    2.    CASE NO. 07-05284 CW