1  **Jason K. Singleton**, State Bar #166170
   jason@singletonlawgroup.com
2  **Richard E. Grabowski**, State Bar # 236207
   rgrabowski@mckinleyville.net
3  **SINGLETON LAW GROUP**
   611 "L" Street, Suite A
4  Eureka, CA 95501
5  (707) 441-1177
   FAX 441-1533

Attorney for Plaintiff, MARCY VELASQUEZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| MARCY VELASQUEZ, | ) | Case No. C-07-5284 CW |
|---|---|---|
| Plaintiff, | ) ) | DECLARATION OF MARCY VELASQUEZ IN SUPPORT OF MOTION FOR SUMMARY ADJUDICATION |
| v. | ) ) ) | |
| HUMBOLDT PETROLEUM, a California corporation, dba 5th STREET SHELL STATION and DOES ONE to FIFTY, inclusive, | ) ) ) ) ) | DATE: October 2, 2008 TIME: 2:00 p.m. CTRM: 2, 4th Floor |
| Defendants. | ) ) | |

I, MARCY VELASQUEZ , declare as follows:

    1.    I am the Plaintiff in the above entitled action. I have personal and firsthand knowledge of each fact hereinafter set forth and if called to testify could and would competently testify to the matters set forth herein.

    2.    I live at 53 West Center in Rio Dell, California.

    3.    The Fifth Street Shell is approximately 25.9 miles from my apartment. I shop frequently in the downtown Eureka area and will return to the Fifth Street Shell when it is made accessible.

    4.    I am motion disabled and wheelchair mobile due to the loss of one of my legs in an auto accident in 1981.

    5.    I visited the Fifth Street Shell on June 27, 2007, to buy goods and use the

bathroom.  At this visit I encountered various barriers to entry including a narrow aisle blocked by the store checkout counter that prevented me from reaching the bathroom in my wheelchair.  I subsequently sent a letter to the Fifth Street Shell complaining of the barriers I encountered and requesting the store to fix the defects.  Attached hereto as Exhibit "A" is a true and correct copy of the letter sent to Fifth Street Shell.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:      August 7, 2008               /s/ Marcy Velasquez
                                         **MARCY VELASQUEZ**

**5th Street Shell Station**
1310 5th Street
Eureka, California 95503
June 27, 2007

Dear Owners/Operators of **5th Street Shell Station**:

      I am writing today in order to bring to your immediate attention several violations of the Americans with Disabilities Act and California state laws that exist at your place of, **5th Street Shell Station at 1310 5th Street, Eureka, California.**

  On June 27, 2007, I was in town and stopped at your gas station store. I am permanently disabled due to the loss of my leg, and I require the use of a wheelchair for mobility. Due to many barriers that exist at the **5th Street Shell Station** I was unable to access many portions of your gas station store as required by federal and state laws.

      On June 27, 2007 I was buying goods at your gas station store and I had to use the restroom, but I couldn't fit my wheelchair past the counter to get into the restroom as your front counter is 'blocking' and interferes with the entry way for wheelchair passage. Your gas station store has no handicapped parking, no signs anywhere showing accessibility for handicapped people. Your counter to pay for goods and services is too high for me to reach and your front doors are too heavy to push open and your front doors do not have a kick plate on them to help me push open your doors. Your isles inside are too narrow and the arraignment of your goods are so cluttered making it hard to buy the goods in a wheelchair.

      It has long been a matter of federal and state law that places of public service and gas stations, such as **5th Street Shell Station,** have been required to incorporate accessible features for use by persons with disabilities. On behalf of the disabled community, I would greatly appreciate your prompt attention to these matters. There are many options available to you to easily remediate the barriers to access that exist at your gas station store in a timely and cost effective manner. Tax credits and deductions are available to assist you in making your gas station store accessible for everyone to enjoy, including those of us who are disabled.

      I am requesting a response in writing as to your corrective plan of action for remediation of the barriers to access at your gas station store within 30 days of your receipt of this letter. I would like to be able to buy goods at **5th Street Shell Station** again in the future; however, with the present state of inaccessibility, this would be near impossible. Please address and fix the barriers to access I've described above so that I may visit and buy goods at the **5th Street Shell Station** during future trips to Eureka.

      Please be advised that the need for a lawsuit may arise if these defects are not fixed within a reasonable time. I, and other likewise situated people, would appreciate it if you would voluntarily make your facilities accessible under the ADA and California state law guidelines. Your cooperation in this matter is greatly appreciated, thank you. I look forward to your response.

                                                      Sincerely,

                                        **/s/ Marcy J. Velasquez**

                                        Marcy J. Velasquez
                                        53 West Center, Apt B
                                        Rio Dell, CA 95562