**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski**, State Bar # 236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501
(707) 441-1177
FAX 441-1533

Attorney for Plaintiff, MARCY VELASQUEZ

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCY VELASQUEZ,<br><br>    Plaintiff,<br>v.<br><br>HUMBOLDT PETROLEUM, a California corporation, dba 5th STREET SHELL STATION and DOES ONE to FIFTY, inclusive,<br><br>    Defendants. | Case No.  C-07-5284 CW<br><br>DECLARATION OF CUSTODIAN OF RECORDS UNDER FRCP 902(11) AND FRCP 803(6) |

I, MICHAEL KNIGHT, hereby declare as follows:

1. I am the Assistant City Manager-Operations for the City of Eureka, California.

2. Attached hereto is a true and correct copy of the records of the Department of Building and Safety of the City of Eureka, Humboldt County, California

3. Your Declarant is a custodian of records for the Department of Building and Safety and is familiar with the method of filing and storage of such documents.

4. The documents attached hereto as Exhibit "A" were made and created at or near the time of occurrence of the events set forth in said documents.

5. The documents attached hereto as Exhibit "A" were and are kept in the regular course of business of the Department of Building and Safety for the City of Eureka.

6. Keeping such records is a regular practice and regular conducted activity of the City of Eureka.

1  I have personal and firsthand knowledge of each fact set forth herein and if called to
2 testify, could and would competently testify thereto.
3  I declare under penalty of perjury under the laws of the United States that the foregoing is
4 true and correct and this declaration is made on the date set forth below at the City of Eureka,
5 California.

6                                          CITY OF EUREKA
                                           DEPARTMENT OF BUILDING AND SAFETY
7

8 Dated:    August 21, 2008           By  /s/ Michael Knight
9                                          MICHAEL KNIGHT
                                       Title:  Assistant City Manager - Operations

# CITY OF EUREKA BUILDING DEPARTMENT
## APPLICATION & PERMIT

531 K STREET, Room 207, (707) 441-4155, EUREKA, CA 95501-1165

Plan Review Number: _____

### 1. SITE INFORMATION
- Project Address: 1310 5TH STREET
- AP #: 01-231-01,08   Nearest Cross St: _____
- Owner: HUMBOLDT PETROLEUM   Phone: 3-3069
- Mail Address: BOX 131 EKA
- Contractor: OWNER
- Mail Address: _____
- State License #: _____   Phone: _____
- Architect/Engineer: _____   Lic #: _____
- Description: ADDITION TO EXISTING MINI MART 400 sf

### 2. LEGAL DECLARATIONS

**LICENSED CONTRACTOR DECLARATION**
I hereby affirm that I am licensed under provisions of Chapter 9 (commencing with Section 7000) of Division 3 of the Business and Professions Code, and my license is in full force and effect.
License Number _____ License Class _____
Contractor _____ Date _____

**OWNER-BUILDER DECLARATION**
I hereby affirm that I am exempt from the Contractor's License Law for the following reason
- [ ] I, as owner of the property, or my employees with wages as their sole compensation, will do the work, and the structure is not intended or offered for sale
- [X] I, as owner of the property, am exclusively contracting with licensed contractors to construct the project
- [ ] I am exempt under Sec ___ B & P C for this reason, ___
Owner: James R Seiler   Date: 11/22/93

**WORKERS' COMPENSATION DECLARATION**
I hereby affirm that I have a certificate of consent to self-insure, or a certificate of Workers' Compensation Insurance, or a certified copy thereof (Sec 3800, Lab C).
Company _____ Policy No _____
- [ ] Certified copy is hereby furnished
- [ ] Certified copy is filed with the City of Eureka
Applicant _____ Date _____

**CERTIFICATE OF EXEMPTION FROM WORKERS' COMPENSATION INSURANCE**
(This section need not be completed if the permit is for one hundred dollars ($100) or less.)
I certify that in the performance of the work for which this permit is issued, I shall not employ any person in any manner so as to become subject to the Workers' Compensation Laws of California.
Applicant: James R Seiler   Date: 11/24/93
NOTICE TO APPLICANT: If, after making this Certificate of Exemption, you should become subject to the Workers' Compensation provisions of the Labor Code, you must forthwith comply with such provisions or this permit shall be deemed revoked.

**CONSTRUCTION LENDING AGENCY**
I hereby affirm that there is a construction lending agency for the performance of the work for which this permit is issued (Sec 3097, Civ C).
Lender's Name: _____
Lender's Address: _____

I certify that I have read this application and state that the above information is correct. I agree to comply with all city and county ordinances and state laws relating to building construction, and hereby authorize representatives of this county to enter upon the above-mentioned property for inspection purposes.

James R Seiler for
SIGNATURE OF CONTRACTOR OR AUTHORIZED AGENT
Humboldt Petroleum Inc.
SIGNATURE OF OWNER (IF OWNER-BUILDER)

**NOTICE:**
THIS PERMIT BECOMES NULL AND VOID IF WORK OR CONSTRUCTION AUTHORIZED IS NOT COMMENCED WITHIN 180 DAYS, OR IF CONSTRUCTION OR WORK IS SUSPENDED OR ABANDONED FOR A PERIOD OF 180 DAYS ANY TIME AFTER WORK IS COMMENCED.

### 3. BUILDING
- Use of Building: MINI MART / GAS STATION
- Group: B   Division: 1/2   Type of Construction: VN
- New: ___ Add/Alter: 1   Repair: ___ Move: ___
- Dwelling Units: ___   Demolish: ___

| | Size | SQ FT @ | | Valuation |
|---|---|---|---|---|
| Size of Building | x = 400 sf | $ 34.87 | = | $ 14654 |
| Size of Garage | x = | SQ FT @ $ | = $ | |
| Porches, Patio, Fireplace, etc. | x = | SQ FT @ $ | = $ | |

- Plan Check Fee: 105.30
- Paid: 81.90
- Still Due: 23.40
- TOTAL VALUATION: $14,645.40
- BUILDING PERMIT FEE: $162.00
- STATE SEISMIC FEE: $3.08

### 4. PLUMBING

| No | Type Fixture or Item | Each | Fee |
|---|---|---|---|
| 1 | Water Closet (Toilet) | 6- | 6- |
| | Bathtub | | |
| | Shower | | |
| 1 | Lavatory (Wash Basin) | 6- | 6- |
| 1 | Kitchen Sink | 6- | 6- |
| | Laundry Tub or Tray | | |
| | Clotheswasher Waste Pipe | | |
| | Dishwasher | | |
| | Garbage Disposal | | |
| 2 | Water Piping System | 3- | 6- |
| | Gas Line System | | |
| | Water Heater with vent | | |
| | House Sewer | | |
| 1 | Other FLOOR SINK | 6- | 6- |
| | Issuance Fee | 15.00 | 15.00 |

PLUMBING PERMIT FEE: $45.00

### 5. MECHANICAL

| No | | Fee |
|---|---|---|
| | Heated Area | |
| | Heating Appliance | |
| 1 | BATH FAN | 4.50 / 4.50 |
| 1 | Issuance Fee | 15- / 15- |

MECHANICAL PERMIT FEES: $19.50

### 6. ELECTRICAL

| No | | Fee |
|---|---|---|
| 6 | Fixtures - Outlets | .75 / 4.50 |
| | Switches - Receptacles | |
| | Range - Dryer | |
| | Dwelling $ ___ per sq ft | |
| | Amp - Meter | |
| | Sub Panel | |
| | Power Pole - Sign | |
| 1 | Issuance Fee | 15- / 15- |

ELECTRICAL PERMIT FEES: $19.50

**TOTAL PERMIT FEES: $272.18**

---

WHEN PROPERLY VALIDATED THIS IS YOUR PERMIT

Cash ___   Original: Address File   Yellow: Applicant   Issued by: JM
Check No: 901   Green: Monthly File   Pink: Inspection Card
   Goldenrod: Job Card
DATE OF FINAL: _____   BY: _____   PERMIT NUMBER: 93-0985