**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski**, State Bar # 236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**
**FAX 441-1533**

Attorney for Plaintiff, MARCY VELASQUEZ

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARCY VELASQUEZ,** | Case No. C-07-5284 CW |
| Plaintiff, | |
| v. | (proposed) ORDER GRANTING PLAINTIFF'S MOTION FOR SUMMARY ADJUDICATION OF ISSUES |
| **HUMBOLDT PETROLEUM, a California corporation, dba 5th STREET SHELL STATION and DOES ONE to FIFTY, inclusive,** | |
| Defendants. | |

The Court has considered Plaintiff's Motion for Summary Adjudication of Issues and grants Plaintiff's motion.

The Court Finds:

Ms. Velasquez is motion disabled and wheelchair disabled and is therefore a disabled person under the meaning of the ADA.

Fifth Street Shell is a gas station and grocery store and therefore falls within the definition of a public accommodation. 42 **USC** § 12181(7)(E) and (F).

Defendant Humboldt Petroleum, dba 5th Street Shell Station, caused Ms. Velazquez harm when she visited the Fifth Street Shell at 1310 5th Street, Eureka, California, and continues to cause harm, by failing to remove the following physical barriers in violation of the **Americans with Disabilities Act of 1990**, (42 **USC §** 12101, et seq.) and the **California**

***Code of Regulations,*** Title 24, § 19959:

1. The access aisle for the accessible parking spaces has a grade of 4% to 7.1% and is therefore in violation of the **Americans with Disabilities Act Guidelines** (hereafter "ADAAG") 4.3.7 (Accessible Route Slope), ADAAG 4.6.6 (Passenger Loading Zones) and California Title 24 §1129B.4.3 (Arrangement of parking space) each of which require the slope not to exceed 2%;

2. The cross slope of the accessible parking space varies from 3.9% to 4.2% and is therefore in violation of ADAAG 4.3.7 (Accessible Route Slope), ADAAG 4.6.3 (Parking Spaces) and California Title 24 §1129B.4.3 (Arrangement of parking space) each of which require the slope not to exceed 2%;

3. The operable portion of the gas pumps (the credit card key entry system) is available from both a forward approach and a side approach and starts at 58" above the ground and ends at 61" above the ground and is therefore in violation of ADAAG 4.2.6 (Side Reach) which requires side reach to an object not to exceed 54" when a side and forward approach to the object are available;

4. The clear floor space in front of the single ATM, located in the store, is 25" and therefore in violation of: ADAAG 4.2.4.1 (Size and Approach for Wheelchairs), ADAAG 4.34.2 (Clear Floor Space for ATMs), California Title 24 §1117B.7.4.1 (Where one ATM is provided), and California Title 24 §1118B.4 (Clear Floor or Ground Space for Wheelchairs) each of which requires the clear floor space to an ATM to be a minimum of 30"; also since the ATM is located in an aisle this configuration represents a violation of ADAAG 4.2.1 (Wheelchair Passage Width) and California Title 24 §1118B.1 (Wheelchair Passage Width) each of which requires a minimum clear width for single wheelchair passage of 32".

5. The pathway to the restrooms is constricted by an access aisle of 26" and therefore in violation of ADAAG 4.2.1 (Wheelchair Passage Width)

and California Title 24 §1118B.1 (Wheelchair Passage Width) each of which requires a minimum clear width for single wheelchair passage of 32".

6. The sink in the lavatory has approximately 24" to 25" of knee clearance under the bowl of the sink, 27" at the bottom of the sink apron, and the pipes are not insulated in violation of: ADAAG 4.19.2 (Height and Clearances) and California Title 24 §1115B.2.1.2.1 (Faucet controls) each of which requires a 29" clearance at the bottom of the sink apron reducing to 27" clearance at the bowl; and ADAAG 4.19.4 (Exposed Pipes and Surfaces) and California Title 24 §1115B.2.1.2.2. (Hot water and drainpipes) each of which require the pipes and drainpipes to be insulated.

**It is so Ordered.**

Dated: _____

CLAUDIA WILKIN
UNITED STATES DISTRICT JUDGE