**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**Richard E. Grabowski**, State Bar # 236207
rgrabowski@mckinleyville.net
**SINGLETON LAW GROUP**
**611 "L" Street, Suite A**
**Eureka, CA 95501**
**(707) 441-1177**
**FAX 441-1533**

Attorney for Plaintiff, MARCY VELASQUEZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARCY VELASQUEZ,** <br><br> **Plaintiff,** <br><br> v. <br><br> **HUMBOLDT PETROLEUM, a California corporation, dba 5th STREET SHELL STATION and DOES ONE to FIFTY, inclusive,** <br><br> **Defendants.** | Case No. C-07-5284 CW <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER** |

Plaintiff MARCY VELASQUEZ and Defendant HUMBOLDT PETROLEUM, dba 5TH STREET SHELL STATION (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1.      The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

///

///

///

///

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: October 1, 2008          /s/ Jason K. Singleton
Jason K. Singleton,
Richard E. Grabowski, Attorneys for
Plaintiff, **MARCY VELASQUEZ**

**LITTLER MENDELSON**

Dated: October 1, 2008          /s/ Tyler Paetkau
Tyler Paetkau,
Aisha Barbeau, Attorneys for Defendants
**HUMBOLDT PETROLEUM**

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>VELASQUEZ v HUMBOLDT PETROLEUM, et al.</u>, Case Number C-07-5284 CW, is dismissed with prejudice with each party to bear his or her own attorneys fees and costs.

Dated: 10/6/08          _____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE